USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAROLYN McKINLAY; ROBERT McKINLAY,

Plaintiffs,

-against-

THE MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS; YONKERS SENIOR APARTMENTS, LLC; YONKERS SENIOR GP LLC; THE MULFORD CORPORATION; PROPERTY RESOURCES CORPORATION; BRENDAN McGRATH, ESQ.; JACQUELINE GILES,

Defendants.

26-CV-7732 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiffs Karolyn McKinlay and Robert McKinlay ("Plaintiffs"), proceeding *pro se*, commenced this action against Defendants Municipal Housing Authority for the City of Yonkers, Yonkers Senior Apartments, LLC, Yonkers Senior GP LLC, the Mulford Corporation, Property Resources Corporation, Bendan McGrath, and Jacqueline Giles (collectively, "Defendants") on September 8, 2026. (ECF No. 1.) That same day, Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). (ECF No. 4.) Plaintiffs seek an order from the Court (1) enjoining Defendants from taking any action to advance the August 11, 2026 Lease Termination Notice or initiating summary eviction proceedings against Plaintiffs, and (2) permitting Plaintiffs to deposit their monthly tenant rent obligation of $876 into the Court's registry during the pendency of this action. (*Id.*)

Considering the expedited nature of this action, the Court directs Plaintiffs to serve the instant order, along with a copy of their Motion on each named Defendant, by September 21, 2026

via certified mail. Upon receipt of service, Defendants are directed to enter their notice of appearances on the docket. The Court will conduct a show cause hearing on October 19, 2026, at 11:00 a.m. to resolve Plaintiffs' Motion. This hearing will be conducted by Webex Teleconference. To access the teleconference, the parties are directed to follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) Press # again to enter the teleconference.

From the date of receipt of the Motion, and until such time as the Court resolves Plaintiffs' Motion, Defendants are ENJOINED from terminating Plaintiffs' lease or initiating an eviction proceeding(s) against Plaintiffs.

Plaintiffs are reminded they must serve the Summons and Complaint upon each named Defendant in accordance with Federal Rule of Civil Procedure 4.

Dated: September 15, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge